IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 09-cr-00158-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **CHRISTOPHER COPELAND,**
2.  **CLIFFORD LEONARD,**
3.  **RICHARD FREY,**
4.  **JODY STAMP,**
5.  **DOUGLAS BRANNAN,**

    **Defendants.**

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material To Defendants **(#59)**, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

**ORDERED** that the government's motion is granted, and that grand jury testimony and grand jury documents may be disclosed to the defendants and their attorneys in the course of discovery in this case.  It is further

**ORDERED** that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this 17th day of June, 2009.

                                                   **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge