UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00158-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. CHRISTOPHER COPELAND,
2. CLIFFORD H. LEONARD,
3. RICHARD D. FREY,
4. JODY STAMP, and
5. DOUGLAS BRANNAN,

        Defendants.

---

## ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
---

**THIS MATTER** comes before the Court pursuant to the Government's Motion for Protective Order **(# 47)**. The motion is **GRANTED** on the terms set forth herein:

    1. The Government will provide defense counsel with a copy of the records at issue, copied onto a separate compact disc. Defense counsel shall keep the records and any notes or other materials prepared based upon or referring to information in the records in strict confidence. Defense counsel shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

    2. The records may be viewed only by defense counsel and such members of his or her staff as are necessary for the purposes outlined above and, as it pertains to staff, only while necessary staff are operating under the direct supervision and control of defense counsel.

Defense counsel shall ensure that all persons in his or her office who are to handle such information read this Order and are informed of their responsibility to safeguard this information.

    3. Defense counsel shall make only such copies as are necessary to prepare a defense in this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery. Defense counsel shall also deliver a copy of this order with the materials. No person other than defense counsel shall make any copy of these materials for any purpose whatsoever

    4. The Defendants shall not under any circumstances be permitted to view any of the records without petition to and further order of the Court.

    5. A copy of this Order shall be kept with the Records at all times.

    6. To the extent that the Privacy Act may be asserted as a basis for withholding certain documents or portions of documents requested by the Defendants, the United States Department of Justice and its agents or representatives are authorized to produce the requested documents because the information contained therein is relevant to the subject matter involved in the pending action or appears reasonably calculated to lead to the discovery of admissible evidence, and the defendant's need for disclosure of such records outweighs the Privacy Act's concerns against disclosure so long as these appropriate protective measures are taken.

7. At the conclusion of the case in this court, by entry of the Court's judgment, counsel within ten days shall collect all such copies and return them to the Government.

Dated this 23d day of June, 2009

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge