**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                         Date: June 23, 2009
Court Reporter:     Paul Zuckerman

Criminal Action No. 09-cr-00158-MSK

*Parties*:                                                  *Counsel Appearing*:

UNITED STATES OF AMERICA,                                   Linda McMahan
                                                            Patricia Davies
Plaintiff,

v.

1.  CHRISTOPHER COPELAND                                    Forrest Lewis
2.  CLIFFORD H. LEONARD                                     Wilbur Smith
4.  JODY STAMP,                                             Darlene Bagley
5.  DOUGLAS BRANNAN,                                        Donald Knight

             Defendants.

### COURTROOM MINUTES

HEARING:    Motions

**4:03 p.m.    Court in session**.

Defendants present in custody.

The Court addresses defendant Copeland's Motion to Continue this hearing (**Doc. #76**).

Statement by Mr. Lewis.

**ORDER:**    Defendant Copeland's Motion to Continue (**Doc. #76**) is **DENIED**.

The Court addresses Government's Motion for Protective Order (**Doc. #47**).

**ORDER:**    The Government's Motion for Protective Order (**Doc. #47**) is **GRANTED**.

The Court addresses the pending Motions for Extension of Time and/or for Continuance (Doc. #48 - Stamp; Doc. #49 - Leonard;  Doc. #50 - Brannan; Doc. # 51- Copeland.  The motions at Doc. #52 and #54 (Frey) will be addressed at the change of plea hearing scheduled on September 28, 2009.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Statement from Mr. Knight (Doc. #50) regarding Final Pretrial Conference date. No objection from other defense counsel and the Government as to request for date change on the Final Pretrial Conference.

**ORDER:** The Motions at Doc. #48, 49, and 51 are **DENIED** as moot. The Motion at Doc. #50 is **GRANTED** in part. The Final Pretrial Conference scheduled for July 17, 2009 at 4:00 p.m. has been **RESET to July 14, 2009 at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver. The remainder of defendant's motion at Doc. #50 is **DENIED** as moot.

The Court addresses the defendants' Motions to Sever (Doc. #53 - Brannan; Doc. #56 - Copeland; Doc. #64 - Leonard; Doc. #72 - Stamp and advises that these motions will be addressed at the final pretrial conference.

The Court addresses defendants' motions in limine (Doc. #57 - Copeland; Doc. #60 - Branan; Doc. #66 - Leonard; Doc. #73 - Stamp).

**ORDER:** The defendants' motions in limine (Doc. #57, 60, 66, 73) are **DENIED** with leave to renew at trial.

The Court addresses defendants' Motions for 404(b) Evidence (Doc. #58 - Copeland; Doc. #61 - Branan; Doc. #65 - Leonard)

**ORDER**: The Motions at Doc. #58, 61 and #65 are **DENIED as moot**. The Government will produce the evidence 21 days before trial (June 29, 2009).

The Court addresses any Rule 16(a)(1)(G) disclosures by the Government.

Statement from Ms. McMahon.

**ORDER:** The Government will supply all information specified in Rule 16(a)(1)(G) which will include all of the information pertinent to Rule 702 by **July 7, 2009.** Defendants will file a joint 702 motion by **July 13, 2009**. The 702 hearing is set for **July 14, 2009 at 9:00 a.m.**, in Courtroom A901, 901 19th Street.

The Court addresses defendant Copeland's Motion for Daubert Hearing (Doc. #55)

**ORDER:** Defendant Copeland's Motion for Daubert Hearing (Doc. #55) is **DENIED** as moot.

The Court addresses defendant Stamp's Motion for Extension of Time to File Rule 702 Motions (**Doc. #70**)

**ORDER:**   Defendant Stamp's Motion for Extension of Time to File Rule 702 Motions **(Doc. #70) is DENIED** as moot.

The Court addresses whether counsel will be filing additional motions.

**ORDER**:   Further motions as referenced by counsel will be filed by **June 26, 2009**.  The Government's response will be filed by **July 2, 2009.**

**ORDER:**   Defendants are remanded to the care and custody of the United States Marshal Service.

**4:39 p.m.**   **Court in recess.**

**Total Time:   36 minutes.**
**Hearing concluded.**