UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00158-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  **CHRISTOPHER COPELAND**,
2.  **CLIFFORD H. LEONARD**,
3.  RICHARD D. FREY,
4.  JODY STAMP, and
5.  DOUGLAS BRANNAN,

       Defendants.

## ORDER

THIS MATTER comes before the Court on the First Motion to Continue Trial, 702 Hearing, Trial Preparation Conference and Notice of Disposition Deadline **(#87)** filed by Defendant Clifford H. Leonard, and the Unopposed Motion by Defendant Christopher Copeland for Relief Under the Speedy Trial Act **(#89)**. Having reviewed the motions,

**IT IS ORDERED** that the motions are **GRANTED** in part and **RESERVED** as to all other aspects. The motions are granted as to the request to vacation of the Rule 702 hearing and Final Pretrial Conference on July 14, 2009. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) a continuance of the trial is warranted due to the volume of discovery; counsel's inability to review it due to computer compatibility issues; the need to conduct a thorough investigation of the events that took place in the prison altercation; and the difficulty in communicating with his client. Such continuance serves the ends of justice and outweighs the best interest of the public

and the defendant in a speedy trial.  Accordingly, the July 20, 2009, trial date is **VACATED**.  It is

**FURTHER ORDERED** that the parties shall appear at the time previously set for the Rule 702 hearing in order to set a new trial date, pretrial conference date, and such intervening deadlines as are appropriate.

DATED this 7th day of July, 2009.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge